IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Plasil, Suzan M | Case Number: 06 B 10625 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 10/9/07 | Filed: 8/29/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 4, 2007
Confirmed: November 6, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,840.00 |  |
| Secured: |  | 5,679.32 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 769.20 |
| Trustee Fee: |  | 326.40 |
| Other Funds: |  | 1,065.08 |
| Totals: | 7,840.00 | 7,840.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 769.20 | 769.20 |
| 2. | HSBC Mortgage Services | Secured | 9,449.66 | 3,967.60 |
| 3. | Archer Heights Condominium Association | Secured | 2,086.81 | 190.20 |
| 4. | Cook County Treasurer | Secured | 131.87 | 58.72 |
| 5. | HSBC Mortgage Services | Secured | 14,729.53 | 1,462.80 |
| 6. | Target National Bank | Unsecured | 278.40 | 0.00 |
| 7. | B-Real LLC | Unsecured | 1,777.73 | 0.00 |
| 8. | Capital One | Unsecured | 525.65 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 2,511.71 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 6,591.73 | 0.00 |
| 11. | B-Real LLC | Unsecured | 3,239.38 | 0.00 |
| 12. | B-Real LLC | Unsecured | 2,451.01 | 0.00 |
| 13. | B-Real LLC | Unsecured | 985.73 | 0.00 |
| 14. | B-Line LLC | Unsecured | 578.29 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 456.46 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 1,330.54 | 0.00 |
| 17. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 18. | Cross Country Bank | Unsecured | | No Claim Filed |
| 19. | CitiFinancial | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 47,893.70 | $ 6,448.52 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 315.54 |
| 5.4% | 10.86 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Plasil, Suzan M

Printed:  10/9/07

Case Number:  06 B 10625
Judge:  Hollis, Pamela S

Filed:  8/29/06

_____
$ 326.40

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_
_____